**SEALED** **FILED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

APR 3 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) 1:10 MJ 0 0 0 9 8 DLB
Plaintiff, )
v. ) ORDER SEALING ARREST WARRANTS,
) CRIMINAL COMPLAINT, APPLICATION
Edwan DABLAN, ) AND ORDER
Khamal DABLAN, )
Augustine REYNA, ) **Under Seal**
Henry FATTAH, )
Naser HAJJAJ, and )
Manuel VASQUEZ, )
)
Defendants. )
)
_____)

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered

1  by this Court.

2  DATED: April 29, 2010        _____
                                        GARY S. AUSTIN
3                                     U.S. Magistrate Judge