


```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 MJ 00098 DLB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL REDACTED |
| v. ) | COMPLAINT |
| ) | |
| EDWAN DABLAN, ) | **Under Seal** |
| KHAMAL DABLAN, ) | |
| AUGUSTINE REYNA, ) | |
| RIBHI FADEL ABDEL FATTAH, ) | |
|   aka Henry Fattah, ) | |
|   aka Hank Fattah, ) | |
| and ) | |
| MANUEL VASQUEZ, ) | |
| ) | |
| Defendants. ) | |

Having considered the government's application to unseal only the redacted complaint in the above-captioned proceeding,

IT IS HEREBY ORDERED that the redacted complaint shall be UNSEALED and provided to the above-named defendants at their initial appearance.

IT IS FURTHER ORDERED that the original complaint, the government's application and this order remain SEALED.

Dated: May 3, 2010

SANDRA M. SNYDER
U.S. Magistrate Judge

1