**FILED**

MAY - 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 1:10MJ00098 DLB |
| )  | |
| Plaintiff,        ) | |
| v.                                ) | ORDER TO UNSEAL ARREST WARRANTS |
| )  | AND CRIMINAL COMPLAINT |
| Edwan DABLAN,                     ) | |
| Khamal DABLAN,                    ) | |
| Augustine REYNA,                  ) | **Under Seal** |
| Ribhi Fadel Abdel FATTAH,         ) | |
|   aka Henry FATTAH,               ) | |
|   aka Hank FATTAH,                ) | |
| Naser HAJJAJ, and                 ) | |
| Manuel VASQUEZ,                   ) | |
| )  | |
| Defendants.       ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrants in the above-entitled proceedings shall be unsealed.

DATED: May 7, 2010           _____
                              SANDRA M. SNYDER
                              U.S. Magistrate Judge

1