ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
Edwan Dablan and Khamal Dablan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-0173 AWI |
| Plaintiff, | |
| vs. | REVISED] STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| EDWAN DABLAN, KHAMAL DABLAN and MANUEL VASQUEZ | |
| Defendants. | |

Defendants, Edwan Dablan and Khamal Dablan, by and through their attorney of record, Anthony P. Capozzi, Defendant Manuel Vasquez, by and through his attorney of record, Carl Faller, and the United States Attorney by and through Karen A. Escobar, hereby stipulates that the Status Conference in the above-entitled case set for March 5, 2012 at 10:00 a.m. be continued to April 23, 2012 at 10:00 a.m.

///

///

///

Additional time is needed for plea discussions between the parties. Time has been excluded.

DATED: March 01, 2012                    Respectfully submitted,


                                         /s/Anthony P. Capozzi
                                         Anthony P. Capozzi
                                         Attorney for Defendants
                                         Edwan and Khamal Dablan

                                         /s/Carl Faller
                                         Anthony P. Capozzi
                                         Attorney for Defendant
                                         Manuel Vasquez

                                         /s/Karen A. Escobar
                                         Karen A. Escobar
                                         Attorney for United States


**ORDER**

IT IS SO ORDERED.

Dated:  March 1, 2012                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE