```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
Edwan Dablan and Khamal Dablan
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-0173 AWI |
| Plaintiff, | |
| vs. | [REVISED] STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| EDWAN DABLAN, KHAMAL DABLAN and MANUEL VASQUEZ | |
| Defendants. | |

Defendants, Edwan Dablan and Khamal Dablan, by and through their attorney of record, Anthony P. Capozzi, Defendant Manuel Vasquez, by and through his attorney of record, Carl Faller, and the United States Attorney by and through Karen A. Escobar, hereby stipulates that the Status Conference in the above-entitled case set for June 25, 2012 at 10:00 a.m. be continued to September 24, 2012 at 1:00 p.m.

///

///

///

Additional time is needed for plea discussions between the parties. Time has been excluded.

DATED: June 21, 2012                    Respectfully submitted,


                                        /s/Anthony P. Capozzi
                                        Anthony P. Capozzi
                                        Attorney for Defendants
                                        Edwan and Khamal Dablan

                                        /s/Carl M. Faller
                                        Carl M. Faller
                                        Attorney for Defendant
                                        Manuel Vasquez

                                        /s/Karen A. Escobar
                                        Karen A. Escobar
                                        Attorney for United States

**ORDER**

1
2
3      **IT IS SO ORDERED.** Good cause having been shown, the Status
4  Conference now set for June 25, 2012, be continued to Monday,
5  September 24, 2012, at 1:00 p.m.  Additionally, time shall be
6  excluded by stipulation from the parties and pursuant to 18
7  USC §§ 3161 (h)(1)(f), 3161 (h)(A) and 3161 (h)(B)(ii).
8
9
10  IT IS SO ORDERED.
11      Dated:   **June 22, 2012**                    /s/ *Dennis L. Beck*
12                                          UNITED STATES MAGISTRATE JUDGE