BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWAN DABLAN,<br>KHAMAL DABLAN, and<br>MANUEL VASQUEZ,<br><br>Defendants. | CASE NO.  Cr  1:10-cr-00173 AWI-BAM<br><br><u>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, December 10, 2012, at 1:00 p.m.

2. By this stipulation, defendants now moves to continue the hearing date until January 28, 2013, at 1:00 p.m. to be held before Magistrate Judge Barbara A. McAuliffe, and to exclude time between December 10, 2012, and January 28, 2013.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Anthony Capozzi, counsel for defendants Edwan and Khamal Dablan, is unavailable

1

on December 10.

    b.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective resolution/preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance, particularly since there is additional information bearing on the credibility of a witness that was recently obtained and provided to defense which may factor into the government's plea offer to the remaining defendants .

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2012, to January 28, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    December 6, 2012.    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Karen A. Escobar_____
    KAREN A. ESCOBAR
    Assistant United States Attorney

1  DATED:       December 6, 2012.

2                                   /s/ Anthony Capozzi
                                    ANTHONY CAPOZZI
3                                   Counsel for Defendants Edwan and Khamal Dablan

4
   DATED:       December 6, 2012.
5
                                    /s/ Carl Faller
6                                   CARL FALLER
                                    Counsel for Defendant Manuel Vasquez
7

8                                   **O R D E R**

9  IT IS SO ORDERED.

10    Dated:   **December 6, 2012**              /s/ Dennis L. Beck
11                                               UNITED STATES MAGISTRATE JUDGE

3