1   BENJAMIN B. WAGNER
United States Attorney
2   KAREN A. ESCOBAR
Assistant United States Attorney
3   2500 Tulare St., Suite 4401
Fresno, CA  93721
4   Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575
5
Attorneys for Plaintiff
6   United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           CASE NO.  Cr  1:10-cr-00173 AWI-
                                         BAM
12                          Plaintiff,
                                         STIPULATION REGARDING NEW
13           v.                          TIME SETTING; ORDER

14   EDWAN DABLAN and
KHAMAL DABLAN,
15                          Defendants.

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by

19   and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for a status conference on Monday, January 28,

21
22   2013, at 1:00 p.m.

23       2.      By this stipulation, the parties request that the matter be set for a change of plea on

24   the same day at 10 a.m.

25   ////

26   ////

27   ////

28
                                        1

IT IS SO STIPULATED.

DATED:          January 24, 2013.          Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Karen A. Escobar_____
                                           KAREN A. ESCOBAR
                                           Assistant United States Attorney

DATED:          January 24, 2013.

                                           /s/ Anthony Capozzi _____
                                           ANTHONY CAPOZZI
                                           Counsel for Defendants Edwan and Khamal Dablan

**O R D E R**

IT IS SO ORDERED.

Dated:   January 24, 2013          _____

                                           SENIOR  DISTRICT  JUDGE

2