BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EDWAN DABLAN and<br>KHAMAL DABLAN,<br><br>                    Defendants. | CASE NO.  Cr  1:10-cr-00173 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE;  ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 8, 2013, at 10:00 a.m.

2. By this stipulation, the parties request that the matter be continued to May 13, 2013, at 1:30 p.m. for sentencing. The parties are requesting a specially set hearing since an evidentiary hearing will be required for Edwan Dablan.

////

////

1

IT IS SO STIPULATED.

DATED:     April 3, 2013.          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     April 3, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendants Edwan and Khamal Dablan

IT IS SO ORDERED.

Dated:   April 4, 2013                    _____
                                          SENIOR DISTRICT JUDGE

2