BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00173-AWI |
| ) Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| EDWAN DABLAN, ) KHAMAL DABLAN, and ) MANUEL VASQUEZ, ) | |
| Defendants. ) | |

WHEREAS, on April 8, 2013 and May 1, 2013, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 924(d), 982(a)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Edwan Dablan, Khamal Dablan, and Manuel Velasquez forfeiting to the United States the following property:

   a. Approximately $7,562.00 in U.S. Currency;

   b. All proceeds from the interlocutory sale[1/] of the seized
      1965 Ford Mustang, VIN: 5R07A128707;

---

[1/] The parties stipulated to the interlocutory sale of the seized vehicles in the related civil forfeiture case United States v. Approximately $7,562.00 in U.S. Currency, et al., 1:11-CV-01110-AWI-SKO. The interlocutory sale affected the vehicles listed in items (b) through (j), and are now the substitute res.

1                                    Final Order of Forfeiture

      c. All proceeds from the interlocutory sale of the seized 2008 Chevrolet Malibu, VIN: 1G1ZG57B88F193345;

      d. All proceeds from the interlocutory sale of the seized 2006 Lexus GS300, VIN: JTHBH96S765000098;

      e. All proceeds from the interlocutory sale of the seized 1962 Chevrolet Impala, VIN: 2186F302848;

      f. All proceeds from the interlocutory sale of the seized 1976 Harley Davidson Motorcycle, VIN: 9D18597H6;

      g. All proceeds from the interlocutory sale of the seized 1965 Ford Mustang, VIN: 5R07C177883;

      h. All proceeds from the interlocutory sale of the seized 2007 Pontiac G6, VIN: 1G2ZH58N974231581;

      i. All proceeds from the interlocutory sale of the seized 2008 Pontiac G6, VIN: 1G2ZM577184198639;

      j. All proceeds from the interlocutory sale of the seized 2007 Chevrolet Truck, VIN: 3GCEC13C07G549423;

      k. A sub *res* in the amount of $30,000.00[2/] in lieu of the real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25;

      l. A sub *res* in the amount of $39,000.00 in lieu of the real property located at 2639 W. Fairmont Avenue #204, Fresno, California, Fresno County, APN: 424-222-24;

      m. A sub *res* in the amount of $55,000.00 in lieu of the real property located at 4136 N. Thesta Street #5, Fresno, California, Fresno County, APN: 436-350-06;

      n. A sub *res* in the amount of $100,000.00[3/] in lieu of the real property located at 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01;

      o. A sub *res* in the amount of $110,000.00[4/] in lieu of the real property located at 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101;

---

[2/] On March 5, 2013, the United States received cashier's checks in the total amount of $30,000.00 which represents the substitute res.  A Notice of Withdrawal of Lis Pendens was recorded on May 9, 2013.

[3/] On May 2, 2013, the United States received cashier's checks in the total amount of $100,000.00 which represents the substitute res.  A Notice of Withdrawal of Lis Pendens was recorded on May 9, 2013.

[4/] On May 2, 2013, the United States received cashier's checks in the total amount of $110,000.00 which represents the substitute res.  A Notice of Withdrawal of Lis Pendens was recorded on May 13, 2013.

p. A sub *res* in the amount of $65,000.00 in lieu of the real property located at 1740 Monroe Street, Alexandria, Louisiana, Rapides Parish, APN: 24-039-35186-000202;

q. Smith & Wesson, Model 37, .38 Special caliber revolver, initially identified in law enforcement reports with Serial Number J537640, later determined to have Serial Number 33679;

r. Carl Walther, Model P22, .22 Long Rifle caliber pistol, Serial Number L220783 with an ammunition magazine;

s. Taurus, Model 66, .357 Magnum caliber revolver, Serial Number MD762391;

t. Smith & Wesson, Model 442-1, .38 Special caliber revolver, Serial Number CCC6099;

u. Smith & Wesson, Model 60-7, .38 Special caliber revolver, Serial Number BSH3214;

v. Taurus, Model 5822, .357 Magnum caliber revolver, Serial Number SC728361;

w. Taurus, Model 85, .38 Special caliber revolver, Serial Number FH62037;

x. Colt, Model 45 Colt, .45 Colt caliber revolver, Serial Number P09304;

y. Colt, Model Python, .357 Magnum caliber revolver, Serial Number K15091;

z. Dan Wesson, Unknown Model, .44 Magnum caliber revolver, Serial Number SB003506;

aa. Ruger, Model SP101, 9mm Luger caliber revolver, Serial Number 572-33570

bb. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 484998 with an ammunition magazine;

cc. Taurus, Model 80, .38 Special caliber revolver, Serial Number 770674;

dd. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 741067 with an ammunition magazine;

ee. Israel Easpon Ind Uzi-A Pistol, Serial Number SA11968;

ff. SWD Cobray M-11 Pistol, Serial Number 860015814;

gg. Colt 45 Revolver, Serial Number P09304;

hh. Silencer, black in color, approximately 12 inches x 1-1/4 inches;

      ii. Silencer, black in color, approximately 10 inches x 1-1/2 inches; and

      jj. Silencer, black in color, approximately 11-1/2 inches x 2 inches.

AND WHEREAS, beginning on April 23, 2013 and May 25, 2013, for at least 30 consecutive days respectively, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, defendants Edwan Dablan, Khamal Dablan, and Manuel Vasquez, executed a Waiver, Consent, and Stipulation to the forfeiture of their right, title, and interest of assets a. through p. in the related civil cases United States v. Real Property Located at 2421 Carolyn Lane, et al., 1:10-CV-01013-AWI-GSA and United States v. Real Property Located at 1904 Lee Street, et al., 1:10-CV-01486-AWI-GSA, and United States v. Approximately $7,562.00 in U.S. Currency, et al., 1:11-CV-01110-AWI-SKO, subject to the terms set forth below.  In addition, claimants Millenium 1, Inc., Sadeddeen DAblan, Horieh Jordanan Khalid Dablan, Nasry Khalid Dablan, Nabila Dablan, and potential claimants Amira Fattah, Ahlam S. Ibrahim, and Hamed Ibrahim have executed the same Waiver, Consent, and Stipulation;

AND WHEREAS, pursuant to the Stipulation and Application for Preliminary Order of Forfeiture, the substitute res was to be received by the United States on or before the date of defendant Edwan Dablan's sentencing, which occurred on May 13, 2013.  The Court

has been advised that no other substitute res has been paid with the exception of receipt of the sub res for assets k., n., and o., listed above.  Accordingly, the real property listed below shall be forfeited to the United States;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 924(d), 982(a)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Edwan Dablan, Khamal Dablan, and Manuel Vasquez:

   a. Approximately $7,562.00 in U.S. Currency;
   b. All proceeds from the interlocutory sale of the seized 1965 Ford Mustang, VIN: 5R07A128707;
   c. All proceeds from the interlocutory sale of the seized 2008 Chevrolet Malibu, VIN: 1G1ZG57B88F193345;
   d. All proceeds from the interlocutory sale of the seized 2006 Lexus GS300, VIN: JTHBH96S765000098;
   e. All proceeds from the interlocutory sale of the seized 1962 Chevrolet Impala, VIN: 2186F302848;
   f. All proceeds from the interlocutory sale of the seized 1976 Harley Davidson Motorcycle, VIN: 9D18597H6;
   g. All proceeds from the interlocutory sale of the seized 1965 Ford Mustang, VIN: 5R07C177883;
   h. All proceeds from the interlocutory sale of the seized 2007 Pontiac G6, VIN: 1G2ZH58N974231581;
   i. All proceeds from the interlocutory sale of the seized 2008 Pontiac G6, VIN: 1G2ZM577184198639;
   j. All proceeds from the interlocutory sale of the seized 2007 Chevrolet Truck, VIN: 3GCEC13C07G549423;

k.  The sub *res* in the amount of $30,000.00 in lieu of the real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25;

l.  The real property located at 2639 W. Fairmont Avenue #204, Fresno, California, Fresno County, APN: 424-222-24;

m.  The real property located at 4136 N. Thesta Street #5, Fresno, California, Fresno County, APN: 436-350-06;

n.  A sub *res* in the amount of $100,000.00 in lieu of the real property located at 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01;

o.  A sub *res* in the amount of $110,000.00 in lieu of the real property located at 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101;

p.  The real property located at 1740 Monroe Street, Alexandria, Louisiana, Rapides Parish, APN: 24-039-35186-000202;

q.  Smith & Wesson, Model 37, .38 Special caliber revolver, initially identified in law enforcement reports with Serial Number J537640, later determined to have Serial Number 33679;

r.  Carl Walther, Model P22, .22 Long Rifle caliber pistol, Serial Number L220783 with an ammunition magazine;

s.  Taurus, Model 66, .357 Magnum caliber revolver, Serial Number MD762391;

t.  Smith & Wesson, Model 442-1, .38 Special caliber revolver, Serial Number CCC6099;

u.  Smith & Wesson, Model 60-7, .38 Special caliber revolver, Serial Number BSH3214;

v.  Taurus, Model 5822, .357 Magnum caliber revolver, Serial Number SC728361;

w.  Taurus, Model 85, .38 Special caliber revolver, Serial Number FH62037;

x.  Colt, Model 45 Colt, .45 Colt caliber revolver, Serial Number P09304;

y.  Colt, Model Python, .357 Magnum caliber revolver, Serial Number K15091;

z.  Dan Wesson, Unknown Model, .44 Magnum caliber revolver, Serial Number SB003506;

      aa. Ruger, Model SP101, 9mm Luger caliber revolver, Serial Number 572-33570;

      bb. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 484998 with an ammunition magazine;

      cc. Taurus, Model 80, .38 Special caliber revolver, Serial Number 770674;

      dd. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 741067 with an ammunition magazine;

      ee. Israel Easpon Ind Uzi-A Pistol, Serial Number SA11968;

      ff. SWD Cobray M-11 Pistol, Serial Number 860015814;

      gg. Colt 45 Revolver, Serial Number P09304;

      hh. Silencer, black in color, approximately 12 inches x 1-1/4 inches;

      ii. Silencer, black in color, approximately 10 inches x 1-1/2 inches; and

      jj. Silencer, black in color, approximately 11-1/2 inches x 2 inches.

2. The following properties are released from the United States' lis pendens and are no longer subject to forfeiture as a result of the timely payment of the substitute res:

    a. Real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25,

    b. Real property located at 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01,

    c. Real property located at 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101.

3. Upon entry of a Final Order of Forfeiture, the following shall be returned to defendant Edwan Dablan, through his attorney of record, Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, California 93711, telephone (559) 221-0200:

    a. 1969 Chevy Truck (non-operating as-is condition), no license plate, VIN: CE149Z825738, and

b. 1972 Oldsmobile 442, no license plate, VIN: 3J67K2M211271.

4. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

5. The United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Internal Revenue Service or their respective custodians shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 7, 2013                              _____
                                                     SENIOR DISTRICT JUDGE

8                           Final Order of Forfeiture