**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
EDWAN DABLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00173-1 AWI |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| EDWAN DABLAN, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Edwan Dablan, by and through his attorney Anthony P. Capozzi, hereby requests that Defendant's Notice of Motion and Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and attached exhibits, be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that Defendant's Notice of Motion and Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and attached exhibits, be filed under seal with a copy served upon the United States Attorney.

Respectfully submitted,

Dated:   February 6, 2017    By: /s/Anthony P. Capozzi
                             ANTHONY P. CAPOZZI
                             Attorney for EDWAN DABLAN

## **ORDER**

For reasons set forth above, the Defendants request to have the Notice of Motion and Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and attached exhibits, be filed Under Seal, is granted.

IT IS SO ORDERED.

Dated:  February 7, 2017                    _____
                                            SENIOR  DISTRICT  JUDGE