# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWAN DABLAN,<br><br>    Defendant. | Case No.: 1:10-CR-00173-1 AWI<br><br>**REQUEST TO SEAL DOCUMENTS AND ORDER SEALING DOCUMENTS** |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Edwan Dablan, by and through his attorney Anthony P. Capozzi, hereby requests that Defendant's Reply to Government's Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that Defendant's Reply to Government's Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) be filed under seal with a copy served upon the United States Attorney.

Respectfully submitted,

Dated: June 14, 2017 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for EDWAN DABLAN

## **ORDER**

For reasons set forth above, the Defendants request to have the Reply to Government's Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), be filed Under Seal, is GRANTED.

IT IS SO ORDERED.

Dated: June 15, 2017

SENIOR DISTRICT JUDGE